UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80153-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ESRA CAMCI,

        Defendant.

_____/

## ORDER TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court

endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses

the indictment against defendant, ESRA CAMCI.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

_____
HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

Date: _July 2, 2012_

cc:    AUSA Brandy Galler
       U.S. Marshal Service