# CRIMINAL COURT MINUTES

Page:

## U.S. Magistrate Judge JAMES M. HOPKINS

Courtroom Number # 2, 4TH FLOOR      Date: 7/2/12      Time: 11:30 A.M.

Defendant: ESRA CAMCI (J)     J#: 65738-053     Case #: 11-80153-Cr-Hurley

AUSA: BRANDY GALLER ✓     Attorney: ROBIN ROSEN-EVANS (FPD) ✓

Violation: 18:2262(a)(1)     Agent: FBI

Proceeding: COMPETENCY HEARING & Possible ARRAIGNMENT     CJA Appt:

Bond/PTD Held: ○ Yes   ○ No     Recommended Bond: PTD (REQUESTED BY GOVT.)

Bond Set at: _____     Co-signed by: _____

- [x] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: ~~TURKISH~~ English

Disposition:
DEFENDANT PRESENT WITH COUNSEL
THE COURT ADVISED THE PARTIES THAT A
TURKISH INTERPRETER WAS SCHEDULED TO
APPEAR VIA REMOTE BUT THE COURT HAS BEEN
INFORMED THAT THE INTERPRETER WAS
INVOLVED IN A CAR ACCIDENT AND WILL NOT BE
AVAILABLE. DEFENSE COUNSEL ADVISED THE
COURT THAT THE DEFENDANT CAN PROCEED
WITHOUT THE TURKISH INTERPRETER. THE
DEFENDANT ADVISED THE COURT THAT SHE HAS
LIMITED ENGLISH
STATUS OF THE CASE - A REPORT WAS ISSUED ON
MAY 16, INDICATING THE DEFENDANT IS
INCOMPETENT. THE COURT REVIEWED THE
REPORT. THE COURT FINDS THE DEFENDANT IS
PRESENTLY INCOMPETENT. THE COURT SIGNS
THE ORDER. THE PARTIES DO NOT CONTEST THE
REPORT. THE GOVT. WILL DISMISS THE CASE

FILED by _____ D.C.
JUL 2 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 11:46:11     Time in Court: 23 MINS

Courtroom Deputy: Tanya McClendon