UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80153-Cr-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ESRA CAMCI,

        Defendant.

_____/

**FINDING OF CONTINUING INCOMPETENCY PURSUANT TO 18 U.S.C. § 4241(d)**

THIS COURT makes the following findings concerning the present competency of Esra Camsi.

1. On December 1, 2011, Ms. Camsi was committed pursuant to 18 U.S.C. § 4241(d) after an evaluation completed by the Federal Bureau of Prisons determined that she was at that time suffering from a mental disease or defect rendering her mentally incompetent to the extent that she was unable to understand the nature and the consequences of the proceedings against her or to assist properly in her defense.

2. On May 16, 2011, the parties received a forensic evaluation conducted by the Bureau of Prisons at FMC Carswell. The report concluded that Ms. Camci continues to suffer from a mental disease or defect that renders her unable to understand the nature and consequences of the proceedings against her and assist properly in her own defense.

3. Neither party disagrees with the findings of the latest competency evaluation.

It is therefore the finding of this Court that Esra Camsi, Reg. No. 65738-053, is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.[1]

DONE AND ORDERED in chambers, at West Palm Beach, Florida, this 2 day of July 2012.

*James M. Hopkins*
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

CC: Brandy Galler, AUSA/WPB
    Robin C. Rosen-Evans, AFPD/WPB
    U.S. Marshal Service (2 certified copies)
    FDC, Miami

---

[1] No further period of commitment shall be ordered by this Court in that the government has announced its intention to dismiss the present indictment upon an order entered by this Court finding Ms. Camsi incompetent.